UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

ALLEN PARRY,                            :    05 CIV. 10213 (DLC)
                                        :
                Plaintiff,              :    ORDER OF
                                        :    DISCONTINUANCE
        -v-                             :
                                        :
BLOOMBERG L.P. and GLENN JACOBY,        :
individually and in his official        :
capacity as an employee of Bloomberg,   :
                                        :
                Defendant.              :
                                        :
----------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-12-06
```

DENISE COTE, District Judge:

It having been reported to this Court that this case has been settled, it is hereby

ORDERED that the above-captioned action be, and hereby is, discontinued without costs to either party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

SO ORDERED:

Dated:   New York, New York
         October 12, 2006

                            _____
                                    DENISE COTE
                            United States District Judge